**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**CRAIG P. ELLIS,**

**Plaintiff,**

**v.** **No. 11-cv-379 WJ/SMV**

**B.C.M.D.C. et al.,**

**Defendants.**

***consolidated with***

**CRAIG P. ELLIS,**

**Plaintiff,**

**v.** **No. 11-CV-582 WJ/SMV**

**RAMON RUSTIN et al.,**

**Defendants.**

**ORDER DIRECTING PERSONAL SERVICE ON NAMED DEFENDANT**

THIS MATTER comes before the Court on the notice of Mail Returned as Undeliverable [Doc. 34], pertaining to the attempted delivery to Defendant Dr. Shannon of various forms and filings. The delivery contained notice and waiver of service forms, copies of both complaints from these consolidated cases, and a copy of Judge Johnson's Memorandum Opinion and Order [Doc.33].

Those documents not having reached Defendant Dr. Shannon, the Court HEREBY ORDERS that the notice and waiver of service forms, with copies of both complaints, again be issued and the U.S. Marshal personally serve those documents on Defendant Dr. Shannon at that Defendant's last known address at the Bernalillo County Metropolitan Detention Center ("Detention Center").

IT IS FURTHER ORDERED that the U.S. Marshal inquire at the Detention Center as to Dr.

Shannon's forwarding address if Dr. Shannon is no longer with the Detention Center.

The service of these documents shall be at no cost to the Plaintiff.

IT IS SO ORDERED.

STEPHAN M. VIDMAR
United States Magistrate Judge