## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**CRAIG P ELLIS,**

    **Plaintiff,**

**v.**                                                                                          **No. 11-cv-0379 WJ/SMV**

**BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER;
RON TORREZ;
BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER'S CONTRACTED HEALTH
SERVICES;
DR. SHANNON;
DR. TRAPP;
DR. MCMURRAY;
CHERYL BLAKEWELL, CNP; and
RAMON RUSTIN,**

    **Defendants,**

**and**

**CRAIG P ELLIS,**

    **Plaintiff,**

**v.**                                                                                          **No. 11-cv-0582 WJ/SMV**

**RAMON RUSTINI;
METROPOLITAN DETENTION CENTER;
CONTRACT MEDICAL SERVICES;
CONTRACT HEALTH MANAGEMENT;
DR. WILLIAM SHANNON;
DR. TIMOTHY MCMURRAY; and
DR. TIMOTHY TRAPP;**

    **Defendants.**

## ORDER DIRECTING CLERK TO ISSUE DOCUMENTS

THIS MATTER is before the Court *sua sponte* under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff's complaints in these consolidated civil rights cases.[1]  It appears to the Court that notice and waiver of service forms should be issued for Defendant Dr. William Shannon at the following address:

> Penitentiary of New Mexico
> P.O. Box 1059
> Santa Fe, NM 87504

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Clerk is directed to issue notice and waiver of service forms, with copies of the complaints, for Defendant Dr. William Shannon at the above-referenced address.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

---

[1] Plaintiff is incarcerated, appears pro se, and proceeds pursuant to 28 U.S.C. § 1915.  Prisoner's Civil Rights Complaint [Doc. 1] at 1; Order Granting Leave to Proceed Pursuant to 28 U.S.C. § 1915(b), And to Make Payments or Show Cause [Doc. 6] at 1 (all preceding docket entries refer to case No. 11-cv-0379 WJ/SMV).