IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRAIG P. ELLIS,

    Plaintiff,

v.                                No. 11-cv-0379 WJ/SMV

BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER et al.,

    Defendants,

and

CRAIG P. ELLIS,

    Plaintiff,

v.                                No. 11-cv-0582 WJ/SMV

RAMON RUSTINI et al.,

    Defendants.

**ORDER GRANTING DEFENDANT SHANNON'S MOTION TO WITHDRAW**

THIS MATTER is before the Court on Defendant Shannon's Stipulated Motion to Withdraw [Doc. 64] ("Motion"), filed on July 19, 2012. Jenny L. Beare, of Allen, Shepherd, Lewis, Syra & Chapman, P.A., seeks to withdraw from being counsel of record for Defendant William Shannon, M.D. The Court, being advised that another attorney from Allen, Shepherd, Lewis, Syra & Chapman, P.A., will remain as counsel of record on behalf of Defendant

Shannon, and being otherwise fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant Shannon's Stipulated Motion to Withdraw [64] is **GRANTED**, and Jenny L. Beare, Esq.'s representation of Defendant William Shannon, M.D. is hereby **TERMINATED**.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**